**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**David CASAS–HERRERA,
Defendant–Appellant.**

No. 10–50107.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Nov. 16, 2010.*

Filed Nov. 22, 2010.

Christopher Seth Askins, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Timothy Robert Garrison, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: TASHIMA, BERZON, and CLIFTON, Circuit Judges.

MEMORANDUM **

David Casas–Herrera appeals from the 10–month sentence imposed following revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Casas–Herrera contends that the sentence is unreasonable because the district court procedurally erred in failing to adequately address his mitigating arguments and explain the reasons for imposing a 10–month sentence. The record reflects that the district court did not procedurally err. *See Rita v. United States,* 551 U.S. 338, 358–59, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007). The record also reflects that, under the totality of the circumstances, Casas–Herrera's sentence is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51–52, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also United States v. Car-*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*ty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**